UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**DRAPER LEE QUEEN**                                                                **CIVIL ACTION**

**VERSUS**                                                                                      **NO. 22-1383**

**TERREBONNE PARISH**                                                        **SECTION: "I"(1)**

### O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal application for habeas corpus relief filed by Draper Lee Queen is **DISMISSED WITHOUT PREJUDICE**.

New Orleans, Louisiana, this 30th day of September, 2022.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE